(C.D. 3011)

IRVING M. SOBIN CHEMICAL CO., INC. *v.* UNITED STATES

United States Customs Court, Third Division

(Decided May 22, 1967)

*Walter E. Doherty, Jr.,* for the plaintiff.
*Carl Eardley,* Acting Assistant Attorney General, for the defendant.

Before RICHARDSON and LANDIS, Judges

RICHARDSON, Judge: This protest having come on to be heard before the third division of this court, and defendant having moved for a dismissal of said action on the ground of untimeliness, and the court having granted said motion.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that said protest be, and the same hereby is, dismissed for untimeliness.